UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PARNELL EDWARDS,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD CLARKE *et al*.,<br><br>    Defendants. | Case No. C07-5563RBL<br><br>ORDER |

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was given leave to proceed *in forma pauperis*. Plaintiff has filed a motion asking for leave to file an amended complaint (Dkt # 4). Plaintiff wishes to make clear that he is seeking monetary damages for both his Eighth Amendment and Fourteenth Amendment claims. *In forma pauperis* status has just been granted and the complaint has not been served.

    Fed. R. Civ. P. 15 (a) gives plaintiff a right to amend his compliant once prior to an answer being filed. Plaintiff does not need leave of court. Plaintiff is cautioned that if he files an amended complaint it will act as a complete substitute for the original. Plaintiff will need to provide a copy of the amended complaint for each person he wishes the court to attempt to serve by mail along with a filed out United States Marshal's Service Form. The amended complaint will be filed on or before

ORDER PAGE 1

**December 28, 2007.**

The Clerk is directed to send a copy of this Order to plaintiff, **and note the due date for the amended complaint as December 28, 2007.**

DATED this 26 day of November, 2007.

>            /S/ *J. Kelley Arnold*
>            J. Kelley Arnold
>            United States Magistrate Judge

ORDER PAGE 2