UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PARNELL EDWARDS,

        Plaintiff,

    v.

HAROLD CLARKE, *et al.*,

        Defendants.

Case No. C07-5563RBL/JKA

ORDER DISMISSING **COMPLAINT PURSUANT TO 28 U.S.C. § 1915**

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation [Dkt. #13], and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's causes of action are DISMISSED pursuant to **28 U.S.C. § 1915(g)**; and

(3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to the Hon. J. Kelley Arnold.

DATED this 15th day of February, 2008.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1