# United States District Court

WESTERN DISTRICT OF WASHINGTON

PARNELL EDWARDS

       v.

HAROLD CLARKE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5563RBL/JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's causes of action are DISMISSED pursuant to **28 U.S.C. § 1915(g)**.

   February 19, 2008     
Date

   BRUCE RIFKIN     
Clerk

   *s/CM Gonzalez*     
Deputy Clerk